KITCHENS ET UX. *v.* UNITED STATES.

No. 31, Misc.  Decided October 13, 1958.

Petitioners *pro se.*

*Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.  The judgment of the United States Court of Appeals for the Tenth Circuit is vacated and the case is remanded for consideration in light of *Ellis* v. *United States,* 356 U. S. 674.